William Townsend Ward (Scott Ward) #130001
YOUNG.WARD, ATTORNEYS
995 Morning Star Drive, Suite C
Sonora, CA 95370
(209) 536-2750
(209) 536-2752 (Fax)
Attorneys for Plaintiffs,
LeROY ORSETTI and JUANITA ORSETTI

FILED
2005 JUN 24 P 4:05
CLERK, US DIST. COURT
EASTERN DISTRICT OF CALIF
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY ORSETTI and JUANITA ORSETTI,<br><br>　　Plaintiffs,<br><br>v.<br><br>SPECTRUM ADMINISTRATION, GEORGE GYNES, KANAWHA INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　Defendants. | Case No. 1:05-CV-00437-REC-LJO<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　Plaintiff voluntarily dismisses, without prejudice, the following-named two defendants only: GEORGE GYNES and SPECTRUM ADMINISTRATION. Plaintiffs do not voluntarily dismiss any other parties from this action at this time.

　　　　　　　　　　　　　　　YOUNG.WARD, ATTORNEYS

Dated: June 8, 2005　　　　　By /s/ William Ward
　　　　　　　　　　　　　　　WILLIAM WARD, ESQ.
　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　LeROY and JUANITA ORSETTI

- 1 -
NOTICE OF VOLUNTARY DISMISSAL - JOINT

**O R D E R**

IT IS SO ORDERED.

Dated: 6-24-05

_____
JUDGE OF THE DISTRICT COURT