IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY ORSETT, et al., | CASE NO. **CV-F-05-0437 LJO** |
| Plaintiffs, | **(New case number)** |
| vs. | **ORDER TO SIGN AND RETURN MAGISTRATE JUDGE CONSENT FORM** |
| SPECTRUM ADMINISTRATION, et al., | |
| Defendants. | |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than July 22, 2005 to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

**All further papers shall bear the new case number CV F 05-0437 LJO.**

IT IS SO ORDERED.

**Dated:   July 6, 2005**           **/s/ Lawrence J. O'Neill**
66h44d                                      UNITED STATES MAGISTRATE JUDGE