1  Robert D. Phillips, Jr. (SBN 82639)
   Eugenia S. Chern (SBN 215092)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:   510.763.2000
   Facsimile:   510.273.8832
7
   Attorneys for Defendant
8  Kanawha Insurance Company

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  LeROY ORSETTI and JUANITA ORSETTI, | Case No. 1: 05 CV 0437 LJO |
| 12             Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT** |
| 13       vs. | **CONFERENCE AND RELATED DEADLINES** |
| 14  SPECTRUM ADMINISTRATION, GEORGE GYNES, KANAWHA INSURANCE | Date:        November 9, 2005 |
| 15  COMPANY, and DOES 1 through 100, inclusive, | Time:        1:30 p.m.<br>Place:       Dept. 5 |
| 16            Defendants. | |
| 17 | Honorable Dennis L. Beck |

18

19

20       TO THE HONORABLE DENNIS L. BECK, UNITED STATES MAGISTRATE JUDGE:

21       The parties to this action, plaintiffs LeRoy Orsetti and Juanita Orsetti ("plaintiffs") and

22  defendant Kanawha Insurance Company ("Kanawha"), through their respective counsel of record,

23  hereby stipulate and request that the Settlement Conference currently set for November 9, 2005, be

24  re-set for early February 2006, or as soon thereafter as is convenient for the Court, as well as the

25  Parties and their counsel.  The parties further hereby stipulate and request that the deadline for filing

26  and serving their respective settlement conference statements be calculated in accordance with Local

27  Rule 16-270, and the new Settlement Conference date.

28       Good cause exists for granting the continuance.  Kanawha seeks additional time to amend its

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Answer, supplement its Initial Disclosures, perform limited discovery and prepare a Motion for
2  Summary Judgment.  Kanawha believes that completion of these above-referenced tasks may reveal
3  additional facts and/or arguments which will be conducive to the resolution of this case and ensure
4  that the settlement conference will be meaningful.  Kanawha's counsel has contacted plaintiffs'
5  counsel to discuss this continuance, and plaintiffs' counsel has no objections to the proposed
6  continuance.

7  There are no other pretrial dates that will be affected by the requested continuance.
8  Moreover, the parties have not previously sought or obtained any continuances in this matter.  This
9  stipulation is made pursuant to Local Rule 83-143.

DATED:  October 31, 2005.

YOUNG.WARD, ATTORNEYS

By  /s/ William Townsend Ward
    William Townsend Ward

    Attorneys for Plaintiffs
    LeRoy Orsetti and Juanita Orsetti

DATED:  November 1, 2005.

REED SMITH LLP

By  /s/ Eugenia S. Chern
    Robert D. Phillips, Jr.
    Eugenia S. Chern

    Attorneys for Defendant
    Kanawha Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Upon reading the above Stipulation, and good cause appearing, the Settlement Conference is continued from November 9, 2005 until February 13, 2006 at 10:00 a.m. in Courtroom 5.  Settlement Conference Statements shall be filed and served in accordance with Local Rule 16-270, and the new Settlement Conference date.

DATED:  November 8, 2005

/s/ Dennis L. Beck
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE