UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY ORSETTI, et al.,<br><br>              Plaintiff,<br><br>  vs.<br><br>SPECTRUM ADMINISTRATION, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-05-0437 LJO<br><br>**ORDER RE DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** |

Counsel has informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than February 28, 2006.**

**All court dates** and any pending motions set in this matter are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see this Court's Local Rule 16-160 and Local Rule 16-272.)

IT IS SO ORDERED.

**Dated:  February 9, 2006**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE