Robert D. Phillips, Jr. (SBN 82639)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Kanawha Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeROY ORSETTI and JUANITA ORSETTI,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SPECTRUM ADMINISTRATION, GEORGE GYNES, KANAWHA INSURANCE COMPANY, and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | CV F 05-0437 LJO |

IT IS HEREBY STIPULATED by and between plaintiffs LeRoy Orsetti and Juanita Orsetti and defendant Kanawha Insurance Company, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

The parties shall each bear their own costs and attorney fees.

DATED:  February 17, 2006.

       YOUNG.WARD, ATTORNEYS

       By    /s/ William Townsend Ward
           William Townsend Ward

       Attorneys for Plaintiffs
       LeRoy Orsetti and Juanita Orsetti

DATED:  February 27, 2006.

       REED SMITH LLP

       By    /s/ Eugenia S. Chern
           Robert D. Phillips, Jr.
           Eugenia S. Chern

       Attorneys for Defendant
       Kanawha Insurance Company

IT IS SO ORDERED.

**Dated:   February 27, 2006**         **/s/ Lawrence J. O'Neill**
66h44d        UNITED STATES MAGISTRATE JUDGE